| | |
|---|---|
| 1 | FRANK N. DARRAS #128904, Frank@DarrasLaw.com |
| 2 | SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com |
|   | PHILLIP S. BATHER #273236, PBather@DarrasLaw.com |
| 3 | DarrasLaw |
| 4 | 3257 East Guasti Road, Suite 300 |
| 5 | Ontario, California 91761-1227 |
|   | Telephone:   (909) 390-3770 |
| 6 | Facsimile:   (909) 974-2121 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE CAMPOS, | Case No: 2:21-cv-00881 FLA (JPRx) |
| Plaintiff, | |
| vs. | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | Date Action Filed:   January 29, 2021 |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 60 days.

Dated: March 24, 2021                        DARRASLAW

                                         */s/ Phillip S. Bather*
                                         PHILLIP S. BATHER
                                         Attorney for Plaintiff