# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DENISE CAMPOS,

      Plaintiff,

      v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

      Defendant.

Case No. 2:21-cv-00881-FLA (JPRx)

**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [DKT. 14]**

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this action is dismissed in its entirety as to all defendants with prejudice.  All dates set in this matter are hereby vacated and taken off calendar.

IT IS FURTHER ORDERED that each party shall bear its own attorney's fees and costs in this matter.

Dated:  April 20, 2021

_____

FERNANDO L. AENLLE-ROCHA
United States District Judge

1